MYRTLE A. SEGAR, as Executrix of ELZIE C. SEGAR, Deceased, Respondent, *v.* KING FEATURES SYNDICATE, INC., Appellant.

Argued May 25, 1942; decided June 4, 1942.

*Jacob L. Holtzmann, Marvin M. Notkins* and *Fanny E. Holtzmann* for motion.

*James Carroll* opposed.

Motion denied with leave to renew upon the argument of the appeal.